No. 96-1253ND

United States of America,

   Plaintiff-Appellee,

  v.

Paul B. Mehl;

   Defendant-Appellant,

United Accounts, Inc., a
corporation; Bank of North
Dakota; State of North Dakota,

   Defendants.

Appeal from the United States
District Court for the District
of North Dakota.

[UNPUBLISHED]

Submitted:  May 6, 1996

Filed:  May 10, 1996

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.

PER CURIAM.

Paul B. Mehl appeals the district court's entry of judgment in favor of the United States in this foreclosure action and the denial of his Federal Rule of Civil Procedure 60(b) motion.  Having carefully reviewed the record and the parties' briefs, we conclude that an extended discussion of the issues will serve no useful purpose.  We thus affirm the district court.  See 8th Cir. R. 47B.  Mehl's motion for a stay is denied.

A true copy.


  Attest:


    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.